[No. 14788–9–I.   Division One.   December 12, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL R. HIGHTOWER III, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 82–1–00600–3, Gerald L. Knight, J., entered March 18, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Durham, C.J., and Scholfield, J.

[Nos. 13144–3–I; 13147–8–I.   Division One.   December 12, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS B. ARMSTRONG, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 82–1–02390–2, 82–1–02924–2, Robert E. Dixon, J., entered April 8, 1983. *Affirmed* by unpublished opinion per Ringold, J., concurred in by Corbett, A.C.J., and Williams, J.

[No. 5645–7–III.   Division Three.   December 13, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. TERRY DON FLINDERS, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 82–1–01008–2, William J. Grant, J., entered January 7, 1983. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by McInturff, J., and Hettinger, J. Pro Tem.